JOHN S. JONES, Appellant, *v.* GEORGE J. GOULD et al., Respondents.

Reported below, 133 App. Div. 889.
(Submitted January 3, 1910; decided January 18, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered July 20, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action to recover for services.

The motion was made upon the grounds that the judgment of the Appellate Division was void inasmuch as that court had no jurisdiction to entertain the appeal; that if valid, such judgment was unanimous and, therefore, not appealable to the Court of Appeals except by permission, which had not been obtained.

*Rush Taggart, Lawrence Greer, Appleton D. Palmer* and *F. C. Nicodemus, Jr.*, for motion.

*David McClure* opposed.

Motion denied, with ten dollars costs.